## Johnson *v.* Snider.

APPEAL from the *White* Common Pleas.

*Per Curiam.*—Appellant's counsel says:

"The first judgment rendered by the Court was set aside, on the application of the defendant below, and at the succeed-

ing term of the Court another trial was had, and the judg- ment reduced, $200. This judgment, rendered on the second trial, was afterward set aside by the Court; and this is the chief error complained of."

We have searched the record, in vain, for the entry of any such judgment.

The judgment finally rendered, is affirmed, with 1 per cent. damages and costs.

*G. O. Behm*, for appellant.

*H. W. Chase* and *J. A. Wilstach*, for appellee.